**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BILLY D. SMITH                                                                                              PLAINTIFF

v.                                              No. 3:09CV00027 JLH

MARINE TERMINAL OF ARKANSAS, INC.                                            DEFENDANT

**ORDER**

    Pursuant to the motion of dismissal and nonsuit filed by plaintiff, plaintiff's claims against separate defendant Kinder Morgan River Terminals, L.L.C., are hereby dismissed without prejudice. Document #11.

    IT IS SO ORDERED this 15th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE