IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY D. SMITH                                                                                          PLAINTIFF

v.                                              No. 3:09CV00027 JLH

MARINE TERMINALS OF ARKANSAS, INC.                                          DEFENDANT

**ORDER**

Presently before the Court is defendant's Motion to Continue Trial and Deadlines. Document #17. Plaintiff has responded in opposition to a continuance. The Court has considered the motion and finds that good cause exists for a continuance due to other matters on the Court's docket in the fall. At the present time, this Court has a five-week trial slated to start on September 8, 2010, which will likely prevent this case from being tried in its current setting. Therefore, the motion will be granted, and the trial of this matter previously set for September 20, 2010, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 13th day of July, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE