IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY D. SMITH                                                                                           PLAINTIFF

v.                                       No. 3:09CV00027 JLH

MARINE TERMINALS OF ARKANSAS, INC.                                        DEFENDANT

### ORDER

Marine Terminals of Arkansas, Inc., has filed a motion to continue the trial, the settlement conference, and certain deadlines. The plaintiff opposes the motion. Having reviewed the motion and the response to it, the Court is satisfied that sufficient grounds exist to grant the motion. Although the plaintiff is justifiably eager to bring this matter to a conclusion as expeditiously as possible, the Court believes that giving the defense an opportunity to resolve the issues between the insurance carriers before a settlement conference is conducted is more likely to result in a settlement and therefore bring this matter to a conclusion more quickly.

The motion for a continuance is granted. Document #51. The settlement conference scheduled for December 21, 2010, will be rescheduled by Magistrate Judge H. David Young. The Court will also reschedule the trial and issue a new scheduling order.

IT IS SO ORDERED this 17th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE