IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY D. SMITH                                                                                              PLAINTIFF

V.                                              3:09cv00027 JLH

MARINE TERMINALS OF ARKANSAS, INC., et al                          DEFENDANTS

### ORDER

**IT IS ORDERED** that the Motion For Leave To File Intervention is granted, allowing the Complaint of Intervention filed by AMERICAN HOME ASSURANCE COMPANY to be filed and served as prayed for in accordance with law.

Little Rock, Arkansas, this 25th day of January, 2011.

_____
HONORABLE J. LEON HOLMES
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS