IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY D. SMITH,                            *

       Plaintiff,                        *

vs.                                        *          No. 3:09-CV-00027-JLH

MARINE TERMINALS OF ARKANSAS, INC.,        *

       Defendant.                        *

## AGREED ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE

The Court, having considered the parties' Joint Motion to Extend Discovery Deadline [Document No. 61], is of the opinion that same is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the discovery deadline is hereby extended to March 23, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

DATE: _____