IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY D. SMITH                                                                                          PLAINTIFF

v.                                          NO. 3:09CV00027 JLH

MARINE TERMINALS OF ARKANSAS, INC.                                          DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 90 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 3rd day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE