IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY D. SMITH            PLAINTIFF

v.         NO. 3:09CV00027 JLH

MARINE TERMINALS OF ARKANSAS, INC.;
and AMERICAN HOME ASSURANCE COMPANY        DEFENDANTS

### ORDER

Plaintiff Billy D. Smith has filed a joint motion to re-open case and motion to determine Medicare set aside amount. Document #67. For good cause shown, the motion to re-open case is granted. This case is hereby re-opened.[1]

IT IS SO ORDERED this 3rd day of August, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE

---

[1] The motion to determine Medicare set aside amount remains pending before the Court.