IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

_____

BILLY D. SMITH,                                          *

        Plaintiff,                                   *

vs.                                                      *          No. 3:09-CV-00027-JLH

MARINE TERMINALS OF ARKANSAS, INC.,                      *

        Defendant,                                   *

and                                                      *

AMERICAN HOME ASSURANCE COMPANY,                         *

        Intervenor.

_____

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE
_____

Came the parties and stated to the Court through their counsel that the matters and things in controversy had been amicably settled and that the parties are in agreement that the Plaintiff's action should be dismissed with prejudice.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's action be, and it is hereby, dismissed with prejudice, and the parties shall bear their own costs.

Entered this the 31st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:


__/s/ Christopher R. Heil_____
Christopher R. Heil
George R. Wise, Jr.
Attorneys for Plaintiff
Brad Hendricks Law Firm
500 Pleasant Valley Drive, Suite C
Little Rock, Arkansas   72227
e-mail: cheil@bradhendricks.com
e-mail: gwise@bradhendricks.com




__/s/ G. Ray Bratton_____
 G. Ray Bratton – TN BPR #7522
 Elissa M. Marcopulos – TN BPR #22209
 Bratton, O'Neal & Thorp, P.C.
 Attorneys for Defendant,
 Marine Terminals of Arkansas, Inc.
 675 Oakleaf Office Lane, Suite 200
 Memphis, Tennessee  38117-4863
 (901) 684-6100
 (901) 684-6106 – fax
 e-mail: raybratton@brattononeal.com
 e-mail: emm@brattononeal.com




__/s/ Joseph B. Guilbeau_____
Joseph B. Guilbeau
Juge, Napolitano, Guilbeau, Ruli, Frieman & Whiteley
Attorney for Intervenor,
American Home Assurance Company
3320 W. Esplanade Ave., North
Metairie, Louisiana  70002
(504) 831-7270
(504) 831- 7284 – fax
e-mail:  jguilbeau@wcdefense.com


*O:\ORDERS\309-0027.Consent Order of Dismissal.8.31.11.wpd*